# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Dale R. Hurd

**V.**          **JUDGMENT IN A CIVIL CASE**

Sylvia Garcia

**CASE NUMBER:**          02-CV-460-BEN(WMc)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the report and recommendations in full and grants defendant's motion for summary judgement......................................................................................................................................

| September 29, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

A. Garcia-Pino

(By) Deputy Clerk

ENTERED ON September 29, 2006