# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Dale R Hurd

V.

Silvia Garcia, George Giurbino , W J Price, R Anti, S Richards, Does 1-10

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 02cv460-BEN-WMC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court adopts the Report and Recommendation dated August 31, 2006 in its entirety, grants Defendants' Motion for Summary Judgment, and Denies Plaintiff's request to amend the Judgment of September 29, 2006.

| August 23, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ K. Hammerly |
| | (By) Deputy Clerk |
| | ENTERED ON August 23, 2010 |